UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MARK ANTHONY THOMPSON,
a/k/a Austin Thomas, Jr.,

: CASE NO. 8:15-CR- 149 | 15 T6w
: 8 U.S.C. § 1326(a) and (b)(2)
: 8 U.S.C. § 1325(a)(1)
: 18 U.S.C. §§ 1015(e) and 1028A

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about April 6, 2015, at Brandon, Hillsborough County, in the Middle District of Florida,

MARK ANTHONY THOMPSON,
a/k/a Austin Thomas, Jr.,

defendant herein, being an alien of the United States who had been previously convicted of the aggravated felony offenses of Sell/Furnish/Etc. Marijuana/Hash, Case Nos. BA160998 and BA232982-01, on March 24, 1998, and July 19, 2002, both in the California Superior Court for Los Angeles Central, and who had been arrested and deported from the United States to Jamaica on or about March 23, 2012, after having been previously deported on June 30, 2003, and who had not received the consent of the Secretary for the Department of Homeland Security to re-apply for admission, was found to be voluntarily in the United States.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2).

1

## COUNT TWO

On or about April 6, 2015, at Brandon, Hillsborough County, in the Middle District of Florida,

MARK ANTHONY THOMPSON,
a/k/a Austin Thomas, Jr.,

defendant herein, being an alien of the United States and a citizen of Jamaica was apprehended after having knowingly entered the United States at a time and place other than as designated by immigration officers.

In violation of Title 8, United States Code, Sections 1325(a)(1) and 1329.

## COUNT THREE

On or about September 21, 2012, at Kissimmee, Osceola County, in the Middle District of Florida,

MARK ANTHONY THOMPSON,
a/k/a Austin Thomas, Jr.,

defendant herein, utilizing the identity information of another person, did knowingly make a false statement and claim that he was a citizen and national of the United States with the intent to obtain a Florida Driver License on his behalf, a Florida State benefit allowing him to engage unlawfully in employment in the United States.

In violation of Title 18, United States Code, Section 1015(e).

2

## COUNT FOUR

On or about September 21, 2012, at Kissimmee, Osceola County, in the Middle District of Florida,

**MARK ANTHONY THOMPSON,**
a/k/a Austin Thomas, Jr.,

the defendant herein, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A, namely, Illegal Re-Entry of a Deported Aggravated Felon Alien, in violation of Title 8, United States Code, Section 1326(a) and (b)(2), as charged in Count One of this Indictment, the allegations of which are incorporated herein by reference, did knowingly use, without lawful authority, a means of identification of another person, namely, the name and birth date of Austin Thomas, Jr. when applying for a Florida Driver License.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE

On or about October 23, 2014, at Tampa, Hillsborough County, in the Middle District of Florida,

**MARK ANTHONY THOMPSON,**
a/k/a Austin Thomas, Jr.,

the defendant herein, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A, namely, Illegal Re-Entry of a Deported Aggravated Felon Alien, in violation of Title 8, United States Code, Section 1326(a) and (b)(2), as charged in Count One of this Indictment, the allegations of which are incorporated herein by reference, did knowingly use, without lawful authority, a means of identification of another person, namely, the name and birth date of Austin Thomas, Jr.

3

when purchasing a 2007 Toyota Tacoma truck.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL,

*Camu Mullen*

FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By:

DONALD L. HANSEN
Assistant United States Attorney
Senior Litigation Counsel

SIMON GAUGUSH
Assistant United States Attorney
Chief, General Crimes Section

4

FORM OBD-34
APR 1991

No. 8:15-CR-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## MARK ANTHONY THOMPSON
a/k/a Austin Thomas, Jr.

## SUPERSEDING INDICTMENT

Violations:
Title 8, United States Code, Section 1326(a) and (b)(2)
Title 8, United States Code, Section 1325(a)(1)
Title 18, United States Code, Sections 1015(e) and 1028A

A true bill,

*Carrie Mullen*

Foreperson

Filed in open court this 6th day
of May 2015.

Clerk

Bail  $ _____

GPO 863 525